UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS M. GUTIERREZ,<br>United States Department of Commerce,<br>JAMES W. BALSIGER,<br>National Marine Fisheries Service,<br>JAMES LECKY,<br>National Marine Fisheries Service,<br><br>Defendants. | Civil No. _____ |

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Plaintiff The Humane Society of the United States, certify that to the best of my knowledge and belief, the above named Plaintiff has no parent companies, subsidiaries, or affiliates with any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated: March 20, 2008

_____
Rebecca G. Judd,
D.C. Bar No. 486315
Sarah Uhlemann,
D.C. Bar No. 501328
Jonathan R. Lovvorn,
D.C. Bar No. 461163

THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
(202) 452-1100
(202) 778-6132 (facsimile)

*Attorneys for Plaintiff The Humane Society of the United States*