United States District Court
For the District of Columbia

| | |
|---|---|
| **The Humane Society of the United States**, <br><br> Plaintiff, <br><br> v. <br><br> **Carlos M. Gutierrez**, in his official capacity as Secretary of Commerce; **James W. Balsiger**, in his official capacity as Acting Director of the National Marine Fisheries Service; and, **James Lecky**, in his official capacity as Director, Office of Protected Resources, National Marine Fisheries Service, <br><br> Defendants. | Case No. 1:08-cv-00475 (RJL) <br><br><br> **Federal Defendants' Notice of Appearance** |

To the Court, the parties, and their attorneys of record:

On behalf of the Federal Defendants, the United States enters the appearance of James A. Maysonett, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Mr. Maysonett.

Dated: March 21, 2008

Respectfully submitted,

RONALD J. TENPAS, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT

1

Trial Attorney (D.C. Bar 463856)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044-7397
Telephone: (202) 305-0216
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

**Certificate of Service**

I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record:

**Rebecca Gerber Judd**, rjudd@hsus.org

**Jonathan Russell Lovvorn**, jlovvorn@hsus.org

**Sarah Uhlemann**, suhlemann@hsus.org

/s/ James A. Maysonett

James A. Maysonett