**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 08-0475 (RJL) ) |
| CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, | ) ) ) |
| JAMES W. BALSIGER, Acting Director, National Marine Fisheries Service, | ) ) ) |
| JAMES LECKY, Director, Office of Protected Resources, National Marine Fisheries Service, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff dismisses this action.

Respectfully submitted,

Dated: March 21, 2008

/s/ Rebecca G. Judd
Rebecca G. Judd,
D.C. Bar No. 486315
Sarah Uhlemann,
D.C. Bar No. 501328
Jonathan R. Lovvorn,
D.C. Bar No. 461163
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC  20037
(202) 452-1100

*Attorneys for Plaintiff*